IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CANRUI ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 1:24-cv-13131<br><br>JURY TRIAL DEMANDED |

PLAINTIFF'S LOCAL RULE 3.4
NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

PLEASE TAKE NOTICE that on December 20, 2024, Canrui Zhang ("Plaintiff") filed a complaint raising claims including the parties and patent below. This Notice serves to provide the clerk the following information:

    Plaintiff:    Canrui Zhang
                     Room 602, No. 8, Xiangrong Street,
                     Baiyun District, Guangzhou, China

    Defendants:    The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule "A"

| Asserted Patent(s) | Owner |
|---|---|
| U.S. Patent No. D1,012,195 | Canrui Zhang |

1

DATED:  December 20, 2024

Respectfully submitted,

/s/ Edward L. Bishop
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone:    (847) 969-9123
Facsimile:    (847) 969-9124

*Attorneys for Plaintiff, Canrui Zhang*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this December 20, 2024. Any other counsel of record will be served by electronic mail and/or first-class mail.

               /s/ Edward L. Bishop
               Edward L. Bishop